IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00131–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAY VAUGHAN GREGORY
    a.k.a Jeremiah Gregory,
    a.k.a Jeremy Gregory,
    a.k.a Jay Vaughn Gregory,

    Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **February 19, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is January 16, 2008. All responses shall be filed by January 23, 2008. A hearing on the motions, if necessary, is set for **January 30, 2008**, at 9:30 o'clock a.m. It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **February 8, 2008**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>February 6, 2008</u>.

Dated: December 20, 2007