IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: February 14, 2008 |

Criminal Action No. 07–cr–00131–EWN

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                          Judith Smith

    Plaintiff,

v.

1. JAY VAUGHAN GREGORY,                          *Pro Se*
   a.k.a Jeremiah Gregory,
   a.k.a Jeremy Gregory,
   a.k.a Jay Vaughn Gregory,

    Defendant.

---

### COURTROOM MINUTES

**Trial Preparation Conference**

**3:24 p.m.**     Court in session.

Court calls case and appearances and notes that jury trial is scheduled to commence on February 25, 2008.

**ORDERED:   1.     Defendant's Motion in Limine for Order Compelling U.S. Attorney to Disclose Witnesses in Advance (#14, filed January 30, 2008) is GRANTED in part.**

Ms. Smith makes record of documents now tendered to the Defendant.

**ORDERED: 2.    Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions (#33, filed February 14, 2008) is GRANTED.**

Defendant reads Government's Response to Defendant's Motion to Dismiss, #23.

Discussion regarding method/procedures of delivery of documents from Government to Defendant.

Court's findings.

**ORDERED: 3.    Defendant's Motion to Dismiss Indictment Pursuant to Rule 16(d)(2)(D) (#23, filed February 8, 2008) is DENIED.**

Discussion regarding Defendant's Ex Parte application tendered today.

**ORDERED: 4.    Defendant's Ex Parte Application for an Order Pursuant to Rule 38(b)(2) is DENIED.**

Discussion regarding Defendant's witnesses and subpoenas thereto.

Discussion regarding proposed jury instructions.

Further procedural questions.

**3:47 p.m.**    Court in recess.

Hearing concluded.

Total time: 00:23