IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07-cr-00131-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAY VAUGHAN GREGORY,

    Defendant.

---

## **STIPULATION** AND **ORDER** REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

DATED this 26th day of February, 2008.

BY THE COURT:

_____
Edward W. Nottingham
Chief United States District Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendant