IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

Criminal Case No. 07-cr-00131-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAY VAUGHAN GREGORY,
    a.k.a. Jeremiah Gregory,
    a.k.a Jeremy Gregory,
    a.k.a. Jay Vaughn Gregory,

    Defendant.

## ORDER

Defendant submitted a Letter on June 16, 2008, in which he questions why he is required to file a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. Defendant maintains that he was granted indigency status on December 19, 2007, by Magistrate Judge Craig B. Shaffer and again on February 12, 2008, by me. Defendant is mistaken. He was granted *pro se* status on December 19, 2007, and leave, on February 12, 2008, to have the U.S. Marshal serve subpoenas, but he was not granted *in forma pauperis* status per se.

Under Fed. R. App. P. 24(a)(1), since Defendant has not been granted leave to proceed *in forma pauperis* previously he must file a motion to do so on appeal. Nothing in subparagraph (a)(1), however, requires him to submit a certified copy of his inmate trust fund account statement. The Court-approved form that was sent to Defendant on May 20, 2008, with instructions to complete and to file with the Court, is

all that is required from Defendant to determine whether or not he should be granted leave to proceed *in forma pauperis* on appeal. Accordingly, it is

ORDERED that Defendant was not granted leave to proceed *in forma pauperis* previously during his criminal proceedings. It is

FURTHER ORDERED that under Fed. R. App. P. 24(a)(1) Defendant is required to submit a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915.

DATED at Denver, Colorado this 7th day of July, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge